# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

BARBARA ANN ENGLISH,

    Plaintiff,

vs.

TIMOTHY ALAN BOWMAN, *et al.*,

    Defendants.

2:19-cv-01176-APG-VCF

**ORDER**

Before the court is Plaintiff's Ex Parte Motion to Extend Deadline for Service of Complaint and Motion for Service by Publication (ECF No. 24). Since this motion is filed as *ex-parte*, Defendant JB Hunt Transport, Inc. received no notice of the filing of instant motion through CM/ECF. Plaintiff has not provided the court with any reason to grant the relief on an *ex parte* basis.

Pursuant to Local Rule IA 7-2(b), neither party nor an attorney for any party may make an *ex parte* communication with the court except as specifically permitted by the local rules or the Federal Rules of Civil Procedure. Here, Plaintiff has not given good cause or any compelling reason why the instant motion was submitted to the Court without notice to defendant.

Accordingly,

IT IS HEREBY ORDERED that Plaintiff's Ex Parte Motion to Extend Deadline for Service of Complaint and Motion for Service by Publication (ECF No. 24) will be briefed in the ordinary course.

The Clerk of Court is directed to remove the ex parte status on Plaintiff's Ex Parte Motion (ECF No. 24).

IT IS FURTHER ORDERED that a hearing on the Motion to Extend Deadline for Service of Complaint and Motion for Service by Publication (ECF No. 24) is scheduled for 10:00 AM, October 1, 2019, in Courtroom 3D.

DATED this 9th day of September, 2019.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE