# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Barbara Ann English, | Case No.: 2:19-cv-1176-APG-VCF |
| Plaintiff, | **ORDER** |
| v. | (ECF Nos. 33, 36) |
| Timothy Alan Bowman, et al., | |
| Defendants. | |

On November 1, 2019, the plaintiff filed a motion (ECF No. 33) for entry of default against defendant Bowman. Bowman filed an answer (ECF No. 35) so default is not appropriate. The plaintiff's motion **(ECF No. 33) is denied**. Bowman's motion to set aside **(ECF No. 36) is denied as moot**.

Dated: November 4, 2019.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE