**THORPE SHWER, P.C.**
William L. Thorpe (Admitted *Pro Hac Vice*)
3200 North Central Avenue, Suite 1560
Phoenix, Arizona  85012-2441
Telephone:  (602) 682-6100
Email:  docket@thorpeshwer.com
Email:  wthorpe@thorpeshwer.com

**MESSNER REEVES LLP**
Renee Finch (Nevada Bar No. 13118)
8945 W. Russell Road, Suite 300
Las Vegas, Nevada  89148
Telephone:  (702) 363-5100
Facsimile:  (702) 363-5101
Email:  rfinch@messner.com

**Attorneys for Defendants**
**JB Hunt Transport, Inc. and Timothy Alan Bowman**

# THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| BARBARA ANN ENGLISH, individually,<br><br>Plaintiff,<br><br>v.<br><br>TIMOTHY ANN BOWMAN, individually, JB HUNT TRANSPORT, INC., a foreign corporation; DOE INDIVIDUALS 1-20, inclusive; and ROE CORPORATIONS 1-20, inclusive,<br><br>Defendant(s). | CASE NO.: 2:19-CV-01176-APG-VCF<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER**<br><br>(Assigned to the Hon. Andrew P. Gordon) |

Defendants J.B. Hunt Corp., J.B. Hunt Transport, Inc., and Timothy Ann Bowman (collectively, "Defendants"), by and through their counsel of record, and Plaintiff Barbara Ann English ("Plaintiff"), by and through her counsel of record, jointly stipulate that the Court may enter its Order in the form attached, and that this action and the claims of Plaintiff shall be dismissed with prejudice in their entirety, and that Plaintiff and Defendants will each bear their own attorneys' fees and costs.

{04133109 / 1}

9156078

DATED this 5th day of May, 2020.

**DIMOPOULOS INJURY LAW**

By /s/ Garnet E. Beal (*with permission*)
   Garnet E. Beal, Esq.
**Attorneys for Plaintiff**

DATED this 5th day of May, 2020.

**THORPE SHWER, P.C.**

By /s/William L. Thorpe (*with permission*)
   William L. Thorpe
   Pro Hac Vice
**Attorneys for Defendants**

and

By /s/ Renee M. Finch
   **MESSNER REEVES LLP**
   Renee Finch
   Nevada Bar No. 13118
**Co-Counsel for Defendants**

## ORDER

Pursuant to the stipulation of the parties, it is hereby ORDERED that this matter be dismissed in its entirety, with prejudice, and with each party to bear its own attorneys' fees and costs.

DATED: May 5, 2020.

_____
UNITED STATES DISTRICT JUDGE

{04133109 / 1}

9156078

2